AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF NEW YORK

Molly Johnston

        Plaintiff(s),

v.        **JUDGMENT IN A CIVIL CASE**

Jo Anne B. Barnhart,
 Commissioner of Social Security

        Defendant(s).

CASE NUMBER: 04-CV-6486 CJS

☐ JURY VERDICT. THIS ACTION CAME BEFORE THE COURT FOR A TRIAL BY JURY. THE ISSUES HAVE BEEN TRIED AND THE JURY HAS RENDERED ITS VERDICT.

X DECISION BY COURT. THIS ACTION CAME TO HEARING BEFORE THE COURT. THE ISSUES HAVE BEEN HEARD AND A DECISION HAS BEEN RENDERED.

IT IS ORDERED AND ADJUDGED THAT PLAINTIFF'S MOTION FOR JUDGEMENT ON THE PLEADINGS (DOC #3) IS GRANTED, DEFENDANT'S CROSS-MOTION FOR THE SAME RELIEF (DOC #5) IS DENIED, AND THIS MATTER IS REMANDED, PURSUANT TO 42USC405(G), SENTENCE FOUR, FOR A NEW HEARING.

JULY 11, 2005        RODNEY C. EARLY
DATE        CLERK

        s/JOHN H. FOLWELL
        (BY) DEPUTY CLERK